

U. S. Department of Justice

*G. Norman Acker, III*
*Acting United States Attorney*
*Eastern District of North Carolina*

U.S. Attorney's Office
150 Fayetteville Street
Suite 2100
Raleigh, North Carolina 27601

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## NOTICE OF RELATED CASES

DATE: July 14, 2021

TO: Clerk's Office
United States District Court
Raleigh, North Carolina

FROM: ADAM F. HULBIG
Assistant United States Attorney
Criminal Division

SUBJECT: United States v. Makita Renee BOONE
Docket No. 4:21-CR-56- Eastern Division

The above-named defendant is being charged by Criminal Information with aiding and assisting in the preparation and presentation of a false tax return, in violation of Title 26, United States Code, Section 7206(2).

This case is related to United States v. Shakeera Lavonne Sessoms, Case No. 5:18-CR-350-D, in that the instant case arises out of the same common scheme and series of transactions and events. Substantial duplication of labor would be caused if the cases were heard by different judges.

Reviewed and approved by:

G. NORMAN ACKER, III
Acting United States Attorney