UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 4:21-CR-56-1D

FILED IN OPEN COURT
ON 2-7-2022
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
SPF

UNITED STATES OF AMERICA

vs.

**ORDER TO SURRENDER**

MAKITA BOONE,
    Defendant.

The defendant in the above-entitled action having been sentenced to an active term of imprisonment in the Federal Bureau of Prisons and having requested in open court for a postponement of the commencement of the sentence heretofore imposed, is ordered to surrender herself into custody to begin service of the sentence imposed this date upon notification by the U.S. Marshal's Office. The defendant shall report on the date and time to the facility designated by the U.S. Marshal.

Pending notification, the defendant shall remain under the terms and conditions previously set by this court prior to sentencing. Defendant shall not have to report before April 15, 2022.

This is the 7th day of February, 2022.

                                              James C. Dever, III
                                              U.S. District Judge

Defendant's Signature: *Makita Boone*
Attorney Signature: *[signature]*