IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CR-56-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| MAKITA BOONE, | ) |
| Defendant. | ) |

Not later than November 4, 2022, the United States shall respond to Makita Boone's motions to reduce her sentence [D.E. 40, 48].

SO ORDERED. This 10 day of October, 2022.

JAMES C. DEVER III
United States District Judge