IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CR-56-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MAKITA BOONE, | ) | |
| | ) | |
| Defendant. | ) | |

On November 22, 2022, the court denied defendant's motion for reduction of sentence. See [D.E. 58]. On December 1, 2022, defendant appealed [D.E. 59], and the appeal remains pending. On December 5, 2022, defendant supplemented her motion for reduction of sentence. See [D.E. 63, 64]. In light of defendant's pending appeal, the court DISMISSES defendant's supplement. See [D.E. 63, 64]. See, e.g., Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (per curiam); United States v. Sanders, No. 1:17-CR-29-HAB, 2020 WL 3268492, at *1 (N.D. Ind. June 17, 2020) (unpublished); United States v. Watts, No. CR 16-104, 2020 WL 3036545, at *2 (M.D. La. June 5, 2020) (unpublished); United States v. Belton, No. 5:18-CR-113-FL-1, 2020 U.S. Dist. LEXIS 75837, at *2 (E.D.N.C. Apr. 29, 2020) (unpublished).

SO ORDERED. This 8 day of December, 2022.

JAMES C. DEVER III
United States District Judge